

1  COOPER, WHITE & COOPER LLP
   MARK L. TUFT (SBN 43146)
2  ANDREW I. DILWORTH (SBN 178792)
   201 California Street, 17th Floor
3  San Francisco, California 94111
   Telephone: (415) 433-1900
4  Facsimile: (415) 433-5530

5  Attorneys for defendant NORTH COAST
   FISHERIES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH COAST FISHERIES, INC., et al.<br><br>Defendants. | CASE NO. CR 04-0366 CRB<br><br>**JOINT REQUEST AND STIPULATION FOR ORDER TERMINATING PROBATION**<br><br>Date: October 16, 2008<br>Judge: Hon. Charles R. Breyer |

I.   Introduction:

On or about August 17, 2005 North Coast Fisheries, Inc. (hereinafter the "Company") pled guilty to one count of 18 U.S.C. §§1001(a)(3) & (2), aiding and abetting the making or using of a false writing, and Judgment was entered thereon. Pursuant to this Court's Judgment the Company was placed on probation for a term of four (4) years and ordered to pay an assessment of $400 and a fine of $84,817.00. A copy of the Court's Judgment is attached hereto as Exhibit A.

II.  Request for Termination of Probation:

The Company has now paid-off the assessment and the fine in full. The Company has otherwise complied with all terms and conditions of probation and the Judgment, and has no outstanding citations or fines with NOAA or California's Department of Fish & Game. Accordingly, the Company respectfully requests that the Court terminate its probation. Counsel

525900.1

for the Company has spoken with the Assistant United States Attorney handling this matter, Stacy Geis, and the Company's probation officer, Sharon Alberts, both of whom have advised counsel that they do not oppose the termination of the Company's probation. Accordingly, all parties are in agreement that probation for the Company should be terminated and respectfully request that the Court enter an order granting such termination.

**SO STIPULATED**:

COOPER, WHITE & COOPER LLP

By: /s/ Mark L. Tuft
Mark L. Tuft
Andrew I. Dilworth
Attorneys for Defendant North Coast Fisheries, Inc.

UNITED STATES ATTORNEY'S OFFICE

By: _____
Stacy P. Geis
Attorneys for the United States of America

UNITED STATES PROBATION OFFICE

By: _____
Sharon Alberts
United States Probation Officer

**GOOD CAUSE, APPEARING, IT IS SO ORDERED.**

_____
Hon. Charles R. Breyer
United States District Court Judge

Case 3:04-cr-00366-CRB   Document 47   Filed 10/22/08   Page 3 of 4

OCT-14-2008 13:50 From:US ATTORNEY        4154367027          T: 5 433 5530      P.2/2
10/14/2008 13:55 FAX 415 433 5530         COOPER,WHITE&COOPER                    ☒004/010

1 | for the Company has spoken with the Assistant United States Attorney handling this matter, Stacy
2 | Geis, and the Company's probation officer, Sharon Alberts, both of whom have advised counsel
3 | that they do not oppose the termination of the Company's probation. Accordingly, all parties are
4 | in agreement that probation for the Company should be terminated and respectfully request that
5 | the Court enter an order granting such termination.

6 | SO STIPULATED:              COOPER, WHITE & COOPER LLP

                                By: *[signature]*
                                Mark L. Tuft
                                Andrew I. Dilworth
                                Attorneys for Defendant North Coast Fisheries, Inc.

                                UNITED STATES ATTORNEY'S OFFICE

                                By: *[signature]*
                                Stacy P. Geis
                                Attorneys for the United States of America

                                UNITED STATES PROBATION OFFICE

                                By: _____
                                Sharon Alberts
                                United States Probation Officer

GOOD CAUSE, APPEARING,
IT IS SO ORDERED.

                                _____
                                Hon. Charles R. Breyer
                                United States District Court Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

525900.1                                    2
         North Coast Fisheries and Michael Lucas' Reply to Government's Sentencing Memorandum
                                    Case No. CR 04-0366 CRB

for the Company has spoken with the Assistant United States Attorney handling this matter, Stacy Geis, and the Company's probation officer, Sharon Alberts, both of whom have advised counsel that they do not oppose the termination of the Company's probation. Accordingly, all parties are in agreement that probation for the Company should be terminated and respectfully request that the Court enter an order granting such termination.

SO STIPULATED:                    COOPER, WHITE & COOPER LLP

                                  By: /s/ Mark L. Tuft
                                  Mark L. Tuft
                                  Andrew I. Dilworth
                                  Attorneys for Defendant North Coast Fisheries, Inc.

                                  UNITED STATES ATTORNEY'S OFFICE

                                  By: _____
                                  Stacy P. Geis
                                  Attorneys for the United States of America

                                  UNITED STATES PROBATION OFFICE

                                  By: /s/ Sharon Alberts
                                  Sharon Alberts
                                  United States Probation Officer

GOOD CAUSE, APPEARING,
IT IS SO ORDERED.

Signed: Oct. 21, 2008             /s/ Charles R. Breyer
                                  Hon. Charles R. Breyer
                                  United States District Court Judge